## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA,**
        **Plaintiff,**

    v.                                             Case No. 08C0403

**BILLY J. SMITH,**
        **Defendant.**

### ORDER

On February 26, 2009, the court held a scheduling conference in this matter. Attorney Brian Pawlak appeared on behalf of the plaintiff, and defendant Billy J. Smith appeared in person. Mr. Smith indicated that he will attempt to retain an attorney. The court will provide Mr. Smith with an additional 60 days within which to retain an attorney and prepare a brief in support of his defenses. **IT IS ORDERED** that on or before **April 27, 2009,** defendant must file with the court (and serve on the plaintiff) either a brief in support of his defenses or some other paper indicating that defendant is diligently pursuing his defense. Defendant is warned that if he fails to meet this deadline, the court will enter judgment in favor of the plaintiff for the full amount requested in the complaint.

Dated at Milwaukee, Wisconsin, this 26 day of February, 2009.

/s_____
LYNN ADELMAN
District Judge